STATE OF WISCONSIN
WESTERN DISTRICT OF WISCONSIN

---

KEVIN BANECK
1010 3rd Street
Port Edwards, WI 54469,

Plaintiff,

v.

Case No. 26-cv-1053
Case Code:

THOR MOTOR COACH
701 County Road 15
Elkhart, IN 46515

Defendant.

---

**COMPLAINT**

---

Plaintiff Kevin Baneck, by his attorneys, Lawton & Cates, S.C., as and for his Complaint against the Defendants named above, alleges and shows to the Court as follows:

1. Plaintiff Kevin Baneck is, and at all times material hereto was, an adult citizen of the State of Wisconsin, residing at 1010 3rd Street, Port Edwards, WI 54469.

2. Defendant Thor Motor Coach ("Thor") is a foreign corporation authorized to conduct business in the State of Wisconsin with a principal office address located at 701 County Road 15, Elkhart, IN 46515.

3. Thor manufactures and distributes motorhomes throughout the State of Wisconsin.

4. Thor has numerous authorized dealers and servicing centers in Wisconsin.

5. Thor has substantial contacts with Wisconsin by virtue of its commercial activities including advertising, sales and servicing of its vehicles under warranty.

## JURISDICTION AND VENUE

6. This Court has original jurisdiction under 28 U.S.C. § 1332, because this is a civil action that presents a dispute between citizens of different states and the amount in controversy exceeds $75,000.00.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because the vehicle at issue in this case was purchased in the Western District of Wisconsin and a substantial part of the events or omissions giving rise to the claim occurred in the Western District.

## FACTUAL ALLEGATIONS

8. On or about April 15, 2024, Plaintiff took delivery of a new Thor Motor Coach Sanctuary ("the Sanctuary") motorhome from a Thor authorized dealership in Lincoln County, Wisconsin.

9. The Sanctuary is covered by one or more Thor express warranties.

10. After taking delivery of the Sanctuary, Plaintiff realized it suffered from one or more conditions or defects substantially impairing its use, value, and safety.

11. Said conditions or defects are covered by the warranties described herein.

12. After taking delivery of the Sanctuary, and before expiration of Thor's express warranty, Plaintiff notified Thor's authorized dealers of the conditions or defects.

13. Plaintiff made the Sanctuary available to Thor and Thor's authorized dealers for repair of the conditions or defects.

14. Thor has failed to repair the Sanctuary as required by Wis. Stat. § 218.0171(2)(a).

15. The Sanctuary was out of service for at least 30 days because of nonconformities during the first year after delivery and before the expiration of the express warranty as those terms are defined by Wis. Stat., 218.0171 et. seq., the Wisconsin lemon law.

16. The same nonconformity with the Sanctuary was made available for repair to Thor or its authorized dealerships at least four times within the first year after delivery to the Plaintiff and the nonconformity continued.

17. On June 4, 2026, Plaintiff, through his attorneys, served on Thor an MV2691 Lemon Law Notice and Nonconformity Report requesting a refund as calculated under the Wisconsin lemon law as required by Wis. Stat. § 218.0171(2)(c).

18. Thor has not accepted return of the Sanctuary and Thor has failed to provide a full refund as required by the Wisconsin lemon law.

19. As a direct and proximate result of Thor's violation of the Wisconsin lemon law, Plaintiff has suffered pecuniary loss, attorney's fees, court costs and other losses and damages.

**WHEREFORE,** Plaintiff demands judgment against Thor as follows:

A. Damages pursuant to Wis. Stat. § 218.0171(7)(a);

B. Awarding Plaintiff his costs, disbursements, and reasonable attorney's fees; and

C. Providing for such other relief as the Court deems is just and equitable.

**A TWELVE-PERSON JURY TRIAL IS HEREBY DEMANDED.**

Dated this 21st day of October, 2026.

LAWTON & CATES, S.C.

Terrence M. Polich
State Bar No.: 1031375
Attorneys for Plaintiff

P.O. Box 2965
1050 E. Washington Ave., Suite 330
Madison, WI 53703
P: (608) 282-6200
F: (608) 975-2662
tpolich@lawtoncates.com